UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | 2:14-cr-00015-LJM-CMM |
| CRUZ  PEREZ (01), | ) ) ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Craig M. McKee's Report and Recommendation that Cruz Perez's supervised release be revoked, pursuant to Title 18 U.S.C. §3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders that Mr. Perez's supervised release is therefore **REVOKED**.  Cruz Perez is sentenced to the custody of the Attorney General or her designee for a period of one (1) month, with no supervised release following incarceration.

**IT IS SO ORDERED**.

Date: 06/03/2015

_____
LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Electronically Registered Counsel

United States Probation Department

United States Marshal Service